**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LIFT LENDING, LLC,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: 2:25-cv-01210-PD** |

**LIFT LENDING, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the nongovernmental corporate party, Lift Lending, LLC ("Lift"), in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Respectfully submitted this 19th day of March, 2025.

*s/ Jackson C. Burrow*
Jackson C. Burrow
Identification No. 335420
BURR & FORMAN, LLP
420 20th St N
Suite #3400
Birmingham, AL 35203
(205) 251-3000
jburrow@burr.com

*Attorney for Defendant*
LIFT LENDING, LLC

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19th day of March, 2025, that I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*s/ Jackson C. Burrow*
Jackson C. Burrow
Identification No. 335420