**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LIFT LENDING, LLC<br><br>Defendant. | Case No. 25-cv-1210 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this May 4, 2025.

By: *<u>/s/ Anthony Paronich</u>*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com